IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:99CV15

| | |
|---|---|
| ASHUTOSH RON VIRMANI ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| PRESBYTERIAN HEALTH SERVICES ) | |
| Defendant. ) | |

**THIS MATTER** is before the court upon its own motion. The above captioned case is hereby continued from the June 6, 2005 term to the September 12, 2005 mixed term of court.

**IT IS SO ORDERED.**

**Signed: May 25, 2005**

*[signature]*

Graham C. Mullen
Chief United States District Judge