RECEIVED
CHARLOTTE, N.C.
JUL 2? 2005
Clerk, U.S. Dist. Court
W. Dist. of N.C.

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Case No. 3:99 CV 15 McK

FILED
CHARLOTTE, N. C.
JUL 2 2 2005
U. S. DISTRICT COURT
W. DIST. OF N. C.

| | |
|---|---|
| ASHUTOSH RON VIRMANI, M.D., <br><br>Plaintiff, <br><br>v. <br><br>PRESBYTERIAN HEALTH SERVICES CORP., also known as NOVANT HEALTH, INC., AND OTHER UNKNOWN INDIVIDUALS AND ENTITIES, <br><br>Defendants. | ORDER |

THIS MATTER is before the Court on Defendant Novant Health, Inc.'s motion to continue the trial of this action from this Court's term of court beginning on September 12, 2005.

FOR GOOD CAUSE SHOWN, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above-captioned matter is hereby continued and removed from the Court's September 12, 2005 trial calendar and shall be assigned to a later trial setting by subsequent order of this Court.

SO ORDERED, this ___ day of July, 2005.

Hon. Graham C. Mullen
Chief Judge
United State District Court
Western District of North Carolina